ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| The Whiting-Turner Construction | ) ASBCA No. 62636 |
| | ) |
| Under Contract No. N40080-16-C-0172 | ) |

APPEARANCES FOR THE APPELLANT:     Michael A. Branca, Esq.
                                    Joshua A. Morehouse, Esq.
                                      Peckar & Abramson, P.C.
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Craig D. Jensen, Esq.
                                    Navy Chief Trial Attorney
                                   Robyn L. Hamady, Esq.
                                    Assistant Director

ORDER OF DISMISSAL

The parties have settled the dispute. The appeal is dismissed with prejudice.

Dated: February 8, 2022

DANIEL S. HERFELD
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62636, Appeal of The Whiting-Turner Construction, rendered in conformance with the Board's Charter.

Dated: February 8, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals